IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| ANDREW PLOTT | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO: S-02-CV-2842 |
| ELITE CAMERON, INC., formerly CAMERON MACHINE COMPANY | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The Plaintiff, by Dennis F. O'Brien and Foard, Gisriel, O'Brien & Ward, LLC, his attorneys, pursuant to Rule 41(a) voluntarily dismisses the above-captioned case with prejudice.

| | |
|---|---|
| /s/ | /s/ |
| Dennis F. O'Brien, P.A. | Thomas V. McCarron, Esquire |
| Foard, Gisriel, O'Brien & Ward, LLC | Semmes, Bowen & Semmes |
| 29 West Susquehanna Avenue | 250 West Pratt Street |
| Suite 302 | Baltimore, Maryland 21201 |
| Towson, Maryland 21204 | (410) 539-5040 |
| (410) 296-1440 | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |